```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Cary Ratner

    v.                            Civil No. 08-cv-418-PB

Martel Electronics Corporation

### DISCOVERY PLAN
### Fed. R. Civ. P. 26(f)

**DATE OF CONFERENCE:** December 16, 2008

**COUNSEL PRESENT/REPRESENTING:** Cary Ratner, pro se
                                          Brett A. Schatz, Esq.
                                          Paul D. Creme, Esq.

### CASE SUMMARY

**THEORY OF LIABILITY:**    See Discovery Plan

**THEORY OF DEFENSE:**    See Discovery Plan

**TYPE OF TRIAL:**    Jury

### DISCOVERY

**TRACK ASSIGNMENT:**    Modified

**DISCOVERY NEEDED:**    See Discovery Plan

**MANDATORY DISCLOSURES (Fed. R. Civ. P. 26(a)(1)) 01/16/09**

**ELECTRONIC INFORMATION DISCLOSURES (Fed. R. Civ. P. 26(f)):**
Defendant is to supply names of electronic discovery companies to

enable electronic discovery.

**STIPULATION REGARDING CLAIMS OF PRIVILEGE/PROTECTION OF TRIAL PREPARATION MATERIALS (Fed. R. Civ. P. 26(f))**: Parties are to draft and file a protective order.

**COMPLETION OF DISCOVERY:** 7/10/09

**INTERROGATORIES:**    35 per side

**REQUESTS FOR ADMISSION:**  40 per side

**DEPOSITIONS:**   100 requests for production; 10 fact, 3 expert per side. Any more <u>must</u> be requested by supported motion.

**DATES OF DISCLOSURE OF EXPERTS AND EXPERTS' WRITTEN REPORTS AND SUPPLEMENTATIONS:**

    Plaintiff: 08/21/09    Defendant: 08/21/09
Supplementations under Rule 26(e) due /or rebuttal – 9/18/09

**CHALLENGES TO EXPERT TESTIMONY:** <u>Daubert</u> challenges – 10/30/09


## OTHER ITEMS

**JOINDER OF ADDITIONAL PARTIES:** 03/13/09

**THIRD-PARTY ACTIONS:** 03/13/09

**AMENDMENT OF PLEADINGS:**  03/13/09

**DISPOSITIVE MOTIONS:** 10/30/09

**SETTLEMENT POSSIBILITIES:** Parties to consider David Plant, Esq.

**JOINT STATEMENT RE MEDIATION:** by 03/30/09

**WITNESSES AND EXHIBITS:** Preliminary list by 06/19/09

**TRIAL ESTIMATE:** 5 days

**TRIAL DATE:**     02/08/10

**OTHER MATTERS:** Claim Construction Briefs by 04/17/09

    **SO ORDERED.**

                                          /s/ James R. Muirhead
                                          James R. Muirhead
                                          United States Magistrate Judge

Date: December 18, 2008

cc:   Cary Ratner, pro se
       Brett A. Schatz, Esq.
       Paul D. Creme, Esq.