UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Cary Ratner

                    v.                            Civil No. 08-cv-418-PB

Martel Electronics Corporation

Cary Ratner

                    v.                            Civil No. 09-cv-30-JL

M&M Control Services, Inc.

ORDER OF CONSOLIDATION

Pursuant to Fed. R. Civ. P. 42(a), the above cases are consolidated for all purposes.

Civil case number 08-cv-418-PB has been designated as the main case.   Henceforth, these consolidated cases shall be considered as one case and all pleadings will be filed in the main case. They shall be captioned with that case number.  The certificate of service shall indicate copies to all counsel in the main case which shall now include all counsel in the former related cases.

The former related cases shall be statistically closed.

Parties in the former related cases will be added to the main case as consolidated plaintiffs/defendants, if applicable.

Any motions pending in the former related case are transferred to the main case and refiled as of this date.  Currently pending in the former related case is document number [40] Motion for

Summary Judgment, filed by defendant.  Mr. Ratner may contact the court or opposing counsel for copies, if necessary.  The deadline for any type of responsive pleading is now April 13, 2009.


　　　　SO ORDERED.


March 12,  2009                              */s/ Paul Barbadoro*
                                             Paul Barbadoro
                                             United States District Judge

cc:     Cary Ratner, pro se
        Counsel of Record